## No. 1199.

### THE STATE OF LOUISIANA EX REL. H. NEWGASS VS. ALLEN JUMEL, AUDITOR, ET AL.

APPEAL from the Seventeenth District Court, Parish of East Baton Rouge. *Sherburne*, J.

*Read & Goodale* for Relator and Appellee.

*J. C. Egan*, Attorney General, for Respondents and Appellants.

The opinion of the Court was delivered by

POCHÉ, J.   For the reasons given for the dismissal of the appeal in the case of the State ex rel. Frank A. Lee & Co. vs. Allen Jumel, Auditor, and E. A. Burke, Treasurer, No. 1200, this day disposed of, this appeal is dismissed.

Bermudez, C. J., dissents.

Todd, J., dissents.